UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                              Case No. 12-22873-AJC

RAFAEL CORRALES-YUNEZ and
DOLORES MARIA CORRALES,                           Chapter 13

        Debtors.
_____/

### IBERIABANK'S MOTION TO ALLOW LATE FILED CLAIM

IBERIABANK, as assignee of the FDIC as Receiver for Century Bank, F.S.B. ("IBERIABANK"), a secured creditor of Debtors, Rafael Corrales-Yunez and Dolores Maria Corrales (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this Motion to Allow Late Filed Claim ("Motion"), and in support thereof, states as follows:

1. On May 25, 2012 (the "Petition Date"), the Debtors filed a voluntary Chapter 13 petition in the United States Bankruptcy Court, Southern District of Florida, Jacksonville Division.

2. On June 28, the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines ("Notice") was sent to all listed creditors, not including IBERIABANK, which stated that the deadline to file a proof of claim for all creditors (except a governmental unit) was October 31, 2012.

3. The Debtors listed Century Bank, FSB ("Century Bank") with an address of 1680 Fruitville Road, Sarasota, FL which listed the incorrect creditor and provided an improper mailing address for IBERIABANK.

4. The Debtors were fully aware that IBERIABANK was the successor in interest to Century Bank as they had knowledge of the Final Default Judgment obtained by IBERIABANK

in the Case No. 2011-R-718950 in the Circuit Court of the Eleventh Judicial Circuit In and For Miami-Dade County, Florida dated September 15, 2011 and recorded in Official Records Book 27871 page 690 et seq., of the current public records of Miami-Dade County (the "Judgment"). A true and correct copy of the Judgment is attached hereto as Exhibit A.

5. On June 29, 2012, the Debtors filed their Motion to Value and Determine Secured Status of Lien on Real Property Held by Century Bank ( the "Motion to Value") and served Century Bank of Massachusetts in care of Peter Van Lingen, President, 400 Mystic Avenue, Medford, MA 02155 via certified mail. IBERIABANK had no knowledge and never received notice of the Motion to Value. Therefore, IBERIABANK was denied an opportunity to respond.

6. The Court then entered an Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Century Bank after no response was filed by Century Bank (D.E. 28) (the "Order"). The Order allows for a bifurcated claim with a secured claim in the amount of $5,000 and the unsecured portion as a general unsecured claim.

7. On October 9, 2012, the Debtors filed their Amended Chapter 13 Plan (D.E. 52) (the "Plan") which provided for payments to Century Bank in the amount of $5,000 with step payments of $10.00 per month in month one (1) through six (6) of the plan and then increasing to $104.37 in months seven (7) through sixty (60) of the Plan on Century Bank's proposed secured claim.

8. The Court then entered an Order Confirming First Amended Chapter 13 Plan Subject to Modification of the First Mortgage and Setting Status Hearing (D.E. 53) (the "Confirmation Order").

9. IBERIABANK is simultaneously filing its Proof of Claim ("IBERIABANK Claim") with the Court.

## RELIEF REQUESTED

10. By way of this motion, IBERIABANK seeks the entry of an order allowing the IBERIABANK Claim as timely filed in the Debtors' bankruptcy case.

11. IBERIABANK only came to know of the Debtors' bankruptcy filing after all of these events occurred in the bankruptcy. Once IBERIABANK learned of the bankruptcy they retained the services of the undersigned bankruptcy counsel to file this Motion. The lack of notice provides the basis for failing to file the IBERIABANK Claim timely.

12. IBERIABANK does not believe that the delay is significant considering that IBERIABANK is a secured creditor of the Debtors and is listed in the Debtors' schedules and Plan, albeit incorrectly. Given the foregoing circumstances, the length of IBERIABANK's delay in filing the IBERIABANK Claim was reasonable.

13. The Court should also consider that the allowance of the IBERIABANK Claim will neither materially prejudice the Debtors, nor impact their bankruptcy case. There is no doubt that the Debtors have been aware of the debt owed to IBERIABANK, as the same is reflected in its schedules and confirmed Plan. Moreover, the Court should weigh in the fact that the confirmed Plan provides for payment on IBERIABANK's secured claim and IBERIABANK would only seek distribution on its general unsecured claim going forward.

14. For the reasons set forth above, neither IBERIABANK nor the Debtors would be prejudiced by the granting of this motion and the ends of justice would be served thereby.

WHEREFORE, IBERIABANK respectfully requests that this Court enter an order: (i) granting this Motion; (ii) allowing the IBERIABANK Claim as a timely filed claim; and (iii) providing for such other and further relief as this Court deems appropriate under the circumstances.

DATED this 20th day of March, 2013.

ROGERS TOWERS, P.A.

/s/ *Michael S. Waskiewicz*
Michael S. Waskiewicz
Florida Bar No. 0693642
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)

Attorneys for IBERIABANK

-5-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Allow Late Filed Claim has been served on this 20th day of March, 2013 by United States first class mail postage prepaid to the attached Mailing Matrix.

                                                 /s/ Michael S. Waskiewicz
                                                             Attorney

03/19/12 13:13:45 Temp- AD

CFN 2011R0718950
OR Bk 27871 Pgs 0690 - 6911; (2pgs)
RECORDED 10/25/2011 12:08:24
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

IBERIABANK, a Louisiana
banking corporation, successor in
interest to CENTURY BANK,

    Plaintiff,

vs.

RAFAEL CORRALES-YUNEZ,

    Defendant.
_____/

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER ___12___
THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.
Judge's Initials ___

## FINAL DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff, IBERIABANK'S, Motion for Default Final Judgment, the Court having reviewed the file, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Final Default Judgment is GRANTED.

2. Plaintiff, IBERIABANK, 1741 Main Street, 2nd Floor, Sarasota, FL 34236 is due from Rafael Corrales-Yunez:

| | | |
|---|---|---|
| a) | Principal | $30,000.00 |
| b) | Interest from 4/01/10 – 9/13/11 (per diem $7.29166) | $ 3,828.12 |
| c) | Late Charges | $ 1,598.46 |
| d) | RIMS Fee | $     7.00 |
| e) | Escrow Balance | $   293.13 |
| f) | Filing fee | $   411.00 |
| g) | Service of Process | $    65.00 |
| h) | Attorney's Fees<br>Findings as to reasonable<br>Number of hours 5.5<br>Findings as to reasonable<br>Hourly rate: $190.90 | $ 1,250.00 |
| | TOTAL | $37,452.71 |

EXHIBIT "A"

Bk 27834 Pg 4862 CFN 20110638283 09/22/2011 11:28:41 Pg 1 of 2 Mia-Dade Cty, FL

03/19/12 13:13:46 Temp- AD

OR BK 27871 PG 0691
LAST PAGE

that shall bear interest at the rate of 6% a year.

3. Consistent herewith, Judgment is hereby entered in favor of Plaintiff IBERIABANK, (1741 Main Street, 2nd Floor, Sarasota, FL 34236) against Defendant, RAFAEL CORRALES-YUNEZ for the sum of $37,452.71, that shall bear interest at the rate of 6% per year, until paid.

4. It is further ORDERED and ADJUDGED that the Judgment debtors shall complete under oath, Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) including all required attachments and serve it on the Judgment creditor's attorney within forty-five days from the date of this Final Judgment, unless the Final Judgment is satisfied or post Judgment discovery is stayed.

5. Jurisdiction of this case is retained to enter further Orders that are proper to compel the Judgment debtors to complete Form 1.977, including all required attachments, and serve it on the Judgment creditor's attorney.

FOR ALL OF WHICH LET EXECUTION ISSUE FORTHWITH.

DONE AND ORDERED in Chambers of Miami-Dade County, Florida this 15 day of September, 2011.

Circuit Court Judge
SPENCER EIG
CIRCUIT COURT JUDGE

Copies furnished to:

M. Brian Cheffer, Esq., DeBoest, Stockman, Decker, Hagan, Cheffer & Webb-Martin, P.A., 1415 Hendry Street, Fort Myers, FL 33901
Rafael Corrales-Yunez, 7655 SW 134th Street, Pinecrest, FL 33156

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I hereby certify that the foregoing is a true and correct copy of the original on file in this
OCT 17 2011
Harvey Ruvin
Clerk and Comptroller
(SEAL) 17373

Bk 27834 Pg 4863 CFN 20110638283 09/22/2011 11:28:41 Pg 2 of 2 Mia-Dade Cty, FL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 12-22873-AJC<br>Southern District of Florida<br>Miami<br>Wed Feb 13 10:44:31 EST 2013 | IBERIABANK<br>c/o J. Ellsworth Summers, Jr., Esq.<br>Roger's Towers, P.A.<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207-1811 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| Wells Fargo Home Mortgage.<br>c/o Aldridge Connors LLP<br>7000 W Palmetto Park Rd #307<br>Boca Raton, FL 33433-3430 | Amc Mortgage Services<br>2077 N Main St Ste 1050<br>Santa Ana, CA 92705 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Americas Servicing Co<br>Attention: Bankruptcy<br>Po Box 10328<br>Des Moines, IA 50306-0328 | Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 | Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| Bmw Bk No Am<br>2735 E Parleys Way<br>Salt Lake City, UT 84109-1666 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154-1529 |
| Central Loan Admin & R<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | Century Bank<br>1680 Fruitville Road<br>Sarasota, FL 34236-8505 | Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801-2920 |
| Chase<br>Bank One Card Serv<br>Westerville, OH 43081 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | Chase - Cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chevron / Texaco Citibank<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 | Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dsnb Bloom<br>Bloomingdale's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Exxmblciti<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Gemb/chevron<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gemb/sound Advice<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Home Comings Financial<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 | Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 | Hsbc/neimn<br>Hscb Retail Srvs/ Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 |

| | | |
|---|---|---|
| Hsbc/saks<br>Pob 15521<br>Wilmington, DE 19850-5521 | IRS<br>Honorable Michael B. Mukasey<br>Attorney General of the US<br>950 Pennsylvania Ave, Rm 4400<br>Washington, DC 20530-0009 | Lexus Financial Servic<br>12735 Morris Road Ext #<br>Alpharetta, GA 30004-8904 |
| Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Nordstrom FSB<br>Attention:  Bankruptcy Department<br>Po Box 6555<br>Englewood, CO 80155-6555 | Nordstrom FSB<br>Attention:  Bankruptcy Department<br>Po Box 6566<br>Englewood, CO 80155-6566 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rutherford Mulhall, P.A.<br>2600 N. Military Trail, 4th FL<br>Boca Raton, FL 33431-6330 | Sears/cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57104-0432 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |
| Volkswagon Credit Inc<br>c/o Brice, Vander, Linden and Wernick PC<br>9441 Lbj Freeway Suite 250<br>Dallas, TX 75243-4640 | Washington Mutual / Providian<br>Attn: Bankruptcy Dept.<br>Po Box 10467<br>Greenville, SC 29603-0467 | Wells Fargo Bank, N.A.<br>ATTN: Bankruptcy Department T7416-023<br>4101 Wiseman Blvd.<br>San Antonio, TX 78251-4200 |
| World Savings & Loan<br>Attn: Bankruptcy<br>4101 Wiseman Blvd<br>San Antonio, TX 78251-4200 | Wyrhsr Mtg<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | eCAST Settlement Corporation SUCCESSOR to FI<br>Services aka Bank of America<br>POB 29262<br>New York NY 10087-9262 |
| eCAST Settlement Corporation assignee of Cit<br>(South Dakota) NA<br>POB 29262<br>New York NY 10087-9262 | Dolores Maria Corrales<br>7655 SW 134th Street<br>Miami, FL 33156-6845 | James A Poe<br>9500 S Dadeland Blvd #610<br>Miami, FL 33156-2848 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Rafael Corrales-Yunez<br>7655 SW 134th Street<br>Miami, FL 33156-6845 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>Po Box 1093<br>Northridge, CA 91328 | Chrysler Financial<br>Po Box 8065<br>Royal Oak, MI 48068 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami                        (u)Gemb/brandsmart              (u)Hsbc Bank


(u)Mutual Mgmt                  (d)Vanda, LLC                   End of Label Matrix
                                c/o Weinstein & Riley, P.S.     Mailable recipients    52
                                2001 Western Ave., Ste. 400     Bypassed recipients     5
                                Seattle, WA 98121-3132          Total                  57