# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                               Case Number: 12-22873-BKC-AJC
                                                     Chapter 13
RAFAEL CORRALES-YUNEZ
DOLORES MARIA CORRALES,

Debtor(s)._____/

## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

---

**Claim#:**       14
**Claimant:**     IBERIABANK, as assignee of the FDIC as receiver for Century Bank, F.S.B.
**Reason:**       The Proof of Claim is filed after the claims bar date.
**Disposition:**  Sustain Objection and disallow claim.

---

      **I CERTIFY** that a true and correct copy of this Objection to Claim was served upon Counsel for the Debtor(s) and the parties listed below on _____ JAN 1 9 2017 _____.

NANCY K. NEIDICH, ESQUIRE<br>
STANDING CHAPTER 13 TRUSTEE<br>
P.O. BOX 279806<br>
MIRAMAR, FL 33027-9806<br>
<br>
By /s/ _Jose I. Miceli_<br>
JOSE IGNACIO MICELI, ESQ.<br>
FLORIDA BAR NO: 0077539

<u>COPIES FURNISHED TO:</u>

<u>BY U.S. FIRST CLASS MAIL</u>

IBERIABANK
c/o Michael S. Waskiewicz
1301 Riverplace Blvd.
Ste. 1500
Jacksonville, FL 32207

Rogers Towers, P.A.
J. Ellsworth Summers, Jr.
1301 Riverplace Blvd.
Ste. 1500
Jacksonville, FL 32207
[ECF No. 57]

Rogers Towers, P.A.
Michael S. Waskiewicz
1301 Riverplace Blvd.
Ste. 1500
Jacksonville, FL 32207
[ECF No. 58]