UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

RAFAEL CORRALES-YUNEZ
DOLORES MARIA CORRALES,

Case No. 12-22873-BKC-AJC

Chapter 13

Debtor(s).

_____ /

## MOTION TO INCREASE PLAN BASE
## AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee moves this Court to enter an order increasing the Debtor's Plan base by $1,968.00. In support, the Trustee states as follows:

1. On or about August 11, 2016, the Trustee received a check in the amount of $1,968.00 from Chase. *See* Exhibit A.

2. As the funds have been turned over and are an asset of the estate, the Trustee requests the Debtors' plan base be increased by $1,968.00 so that the Trustee may disburse these funds to allowed unsecured claims or if none, to the Debtor.

WHEREFORE, the Trustee requests that this Court enter an order increasing the Debtors' plan base to $274.13 thereby and any further relief as deemed just and proper.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ _____
JOSE I. MICELI, ESQ.
FLORIDA BAR NO: 0077539
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: 6/30/17

## CERTIFICATION OF SERVICE

I CERTIFY that on ___6/30/17___ a true and correct copy of the foregoing and the Bankruptcy Clerk's notice of hearing was served electronically on Debtor's counsel and

By U.S. Mail on:

Wells Fargo Bank, N.A., AKA Wachovia Mortgage, A Division of Wells Fargo
Attn: Bankrutpcy Depart. MAC #T7416-023
4101 Wiseman Blvd., San Antonia, TX 78251.4201

Ana-Laura Diaz
Aldridge | Connors LLP
7000 W. Palmetto Park Rd., Suite 307
Boca Raton, FL 33433-3430
[ECF No. 56]

Whitney Groff
Aldridge | Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, Georgia 30305
[ECF No. 65]

/s/_____
JOSE I. MICELI, ESQ.



# SunTrust Lockbox Services
## Individual Batch Report

13DE Neidich, Nancy       2099      08/15/2016

Check No:   Acct No:   Amount:   Batch: 938 Transaction: 14 Image: 3

**WELLS FARGO HOME MORTGAGE**



CHAPTER 13 TRUSTEE
2016 AUG 11  AM 10: 25

Wells Fargo Home Mortgage
MAC F2301-02F
1 Home Campus
Des Moines, IA 50328

August 3, 2016

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027

Subject:  Refund check enclosed
          Case number: 1222873
          Mortgagor(s): RAFAEL CORRALES-YUNEZ & DOLORES CORRALES
          Loan number: 708-0482920568
          Property address: 7655 SW 134TH ST   PINECREST, FL 33156

Dear NANCY K. NEIDICH:

The mortgage account related to the above referenced property was impacted by the settlement agreement in the In re: Green case pending before the U.S. Bankruptcy Court for the District of Maryland (case# 11-33377). Even though the bankruptcy case may not have been pending in Maryland, it was impacted by the settlement agreement. This prompted us to review this mortgage account to determine if certain activities occurred in a timely manner.

During our review, we determined that the account is due a refund. We've included a copy of the debtors' letter for your review, and have sent it to the debtors' attorney.

Since the debtors are in an active bankruptcy case, the refund is being sent to you as the bankruptcy trustee.

**A refund check is enclosed with this letter.**

If you have any questions or believe there is an error in our records, please call us at 1-877-599-9953, Monday through Friday, 9:00 a.m. to 6:00 p.m. Central Time or email us at NSS800TrusteeResponse@wellsfargo.com. If you have further questions about the settlement agreement generally, go to www.wfindependentreview.com, a website established by the Independent Reviewer appointed in the settlement case.

Bankruptcy Department
Wells Fargo Bank, N.A.
Enclosure

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801