

ORDERED in the Southern District of Florida on July 5, 2017.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                        CASE NO:12-22873-AJC
                                        CHAPTER     13

RAFAEL CORRALES-YUNEZ and
DOLORES MARIA CORRALES,

      DEBTORS
_____/

**AGREED ORDER SUSTAINING OBJECTION TO CLAIM
OF IBERIA BANK (CLAIM #14)**

THIS CAUSE having come before the court on June 20, 2017 on the *Trustee's Objection to Iberia Bank - Claim #14,* (DE #89); and this court having considered the basis for the objection to claim, and based upon agreement by the parties, it is

**ORDERED** that the Trustee's Objection to Claim filed by Iberia Bank (Claim #14); is sustained and claim should be stricken.

# # # #

Submitted by: James Alan Poe, Esq., 9500 So. Dadeland Blvd., Suite 610, Miami, FL 33156

Attorney James A. Poe is directed to serve a copy of this order immediately upon receipt to all parties in interest and to file a certificate of mailing with the court.