

**ORDERED in the Southern District of Florida on August 28, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
                   www.flsb.uscourts.gov
                       Division: Miami
```

IN RE:                                        CASE NO: 12-22873-BKC-AJC
RAFAEL CORRALES-YUNEZ
DOLORES MARIA CORRALES,
            DEBTOR(S).
_____/

ORDER GRANTING TRUSTEE'S MOTION TO INCREASE PLAN BASE

THIS CAUSE came on to be heard on August 22, 2017 on the Trustee's Motion to Increase Plan Base, and based on the record, it is

ORDERED as follows:

1. The Trustee's Motion to Increase Plan Base (ECF #99) is granted.

2. The Plan is modified to increase the plan base an additional $1,968.00 for a total plan base of $82,896.51 for payment to the unsecured creditors.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQ is directed to serve a copy of this order on debtor(s) and debtor(s) attorney and to file a certificate of service with the Clerk of the Court, immediately upon receipt thereof.